**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LIONEL DE SOUZA, | ) | Case No. 2:20-cv-06294 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ELIZABETH P. |
| | ) | DEAVERS |
| LAUREATE EDUCATION, INC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 23rd day of May, 2022.


*/s/Trisha M. Breedlove*  
Trisha M. Breedlove (0095852)  
**SPITZ, THE EMPLOYEE'S LAW FIRM**  
1103 Schrock Road, Suite 307  
Columbus, Ohio 43229  
Telephone: (216) 291-4744  
Facsimile: (216) 291-5744  
trisha.breedlove@spitzlawfirm.com  
*Counsel for Plaintiff*

*/s/Kristen M. Eriksson* (email approval 5/23/22)  
Kirsten M. Eriksson (Fed. Bar No. 26884)  
(Admitted *pro hac vice*)  
MILES & STOCKBRIDGE P.C.  
100 Light Street  
Baltimore, MD 21202  
Tel: (410) 727-6464  
Fax: (410) 385-3700  
keriksso@MilesStockbridge.com

Thomas E. Zeno (OH Bar #0088870)  
(Trial Attorney)  
MILES & STOCKBRIDGE P.C.  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004  
Phone: (202) 465-8402  
tzeno@milesstockbridge.com

*Counsel for Defendants*